IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SANDRA POPE                                                                                          PLAINTIFF

v.                                           Case No. 1:25-cv-01059

FRANK BISIGNANO,
Commissioner of Social Security                                                          DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation filed on November 19, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Neither party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 626(b)(1). The Court finds the matter ripe for consideration.

On July 9, 2025, Plaintiff Sandra Pope filed a complaint against Defendant Frank Bisignano, Acting Commissioner of the Social Security Administration. (ECF No. 2). In her complaint, Plaintiff sought review of the decision of the Social Security Administration Appeals Council, which is dated May 21, 2024. (ECF No. 2, at 1). On November 19, 2025, Defendant filed an unopposed motion to reverse and remand the final administrative decision in this action pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 13). Defendant states that it conferred with Plaintiff, who advised that she does not oppose this Motion.

In the instant Report and Recommendation, Judge Singleton recommends that Defendant's Unopposed Motion for Reversal and Remand (ECF No. 13) be granted, and that Plaintiff's case be reversed and remanded to the Social Security Administration for further administrative review pursuant to sentence four of 42 U.S.C. § 405(g).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Accordingly, the Court finds that Defendant's Unopposed Motion for Reversal and Remand (ECF No. 13) should be and hereby is **GRANTED**.  Plaintiff's case is hereby **REVERSED AND REMANDED** to the Social Security Administration for further review, in accordance with 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 9th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge